UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**J.M.,** *individually and as Parent and Next Friend of R.M. a Child with a Disability,*

           **Plaintiffs,**           **Lead Case**
      vs.                               5:2008-cv-1079
                                           (NAM/GJD)

**MEXICO ACADEMY AND CENTRAL SCHOOL DISTRICT,**      **Member Case**
                                           5:2009-cv-0209
                                           (NAM/GJD)
            **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Office of Andrew K. Cuddy<br>5888 Main Street<br>Williamsville, NY 14221<br>*Attorney for Plaintiffs* | Jason H. Sterne, Esq. |
| Office of Frank W. Miller<br>6575 Kirkville Road<br>East Syracuse, NY 13057<br>*Attorney for Defendant* | Frank W. Miller, Esq. |

**Norman A. Mordue, Chief U.S. District Judge:**

JUDGMENT DISMISSING ACTION<br><u>BASED UPON SETTLEMENT</u>

      Pursuant to the settlement conference held on December 10, 2009, the parties have entered into an agreement in settlement of all claims in the above-titled cases, and that they reasonably anticipate finalizing their agreement shortly, following which the actions will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED that the above-captioned cases are hereby **DISMISSED** in their entirety **without prejudice** to re-opening upon the motion within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and it further

ORDERED that the dismissal of the above-captioned cases shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> a party moves to re-open the cases within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3) The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

Dated: December 11, 2009
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge